IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VICTOR SMITH,

    Plaintiff,

v.                                                                                                   No. 19-cv-00741 SMV

UNIVERSITY OF NEW MEXICO,
UNIVERSITY OF NEW MEXICO POLICE
DEPARTMENT, TIM MAY, NASHA TORREZ,
PATRICIA YOUNG, and CAITLIN HENKE,

    Defendants.[1]

## ORDER TO SUPPLEMENT COMPLAINT

THIS MATTER is before the Court on Plaintiff's Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed August 12, 2019. [Doc. 1].

Plaintiff filed his Complaint using the form "Civil Rights Complaint Pursuant to 42 U.S.C. § 1983." The form instructs Plaintiff to "[i]nclude all facts you consider important, including names of persons involved, places[,] and dates. Describe exactly how each defendant is involved." [Doc. 1] at 3. Where the form prompts Plaintiff to state the "Supporting Facts" for Count II, Plaintiff wrote, "See Attachments." *Id.* There were no attachments filed with the Complaint.

Plaintiff shall, no later than **September 20, 2019,** file a supplement to his Complaint stating the supporting facts for Count II. Failure to timely file a supplement may result in dismissal of this case.

---

[1] Plaintiff does not list Defendants Young and Henke in the caption of his Complaint, but because he lists them as Defendants later in the Complaint, it appears that he means to sue them as well. *See* [Doc. 1] at 2, 5.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**